```
 1 | PETER D. KEISLER
   | Assistant Attorney General
 2 |
   | MICHAEL F. HERTZ
 3 | MICHAL TINGLE
   | U.S. Department of Justice
 4 | Commercial Litigation Branch
   | P.O. Box 261
 5 | Benjamin Franklin Station
   | Washington, D.C. 20044
 6 | Telephone: (202) 307-1381
   | Facsimile: (202) 616-3085
 7 |
   | McGREGOR W. SCOTT
 8 | United States Attorney
   | KIRK E. SHERRIFF
 9 | Assistant U.S. Attorney
   | U.S. Courthouse
10 | 2500 Tulare St., Suite 4401
   | Fresno, CA 93721
11 | Telephone: (559) 497-4000
   | Facsimile: (559) 497-4099
12 |
   | Attorneys for the
13 | United States of America
```

**FILED**
FEB 28 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**LODGED**
FEB 23 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. [UNDER SEAL], <br><br> Plaintiffs, <br><br> v. <br><br> [UNDER SEAL], <br><br> Defendants. | Case No. 1:99-CV-05129 AWI SMS <br><br> [PROPOSED] ORDER OF DISMISSAL <br><br> **[UNDER SEAL]** |

-1-
[PROPOSED] ORDER OF DISMISSAL

```
 1  PETER D. KEISLER
    Assistant Attorney General
 2
    MICHAEL F. HERTZ
 3  MICHAL TINGLE
    U.S. Department of Justice
 4  Commercial Litigation Branch
    P.O. Box 261
 5  Benjamin Franklin Station
    Washington, D.C. 20044
 6  Telephone: (202) 307-1381
    Facsimile: (202) 616-3085
 7
    McGREGOR W. SCOTT
 8  United States Attorney
    KIRK E. SHERRIFF
 9  Assistant U.S. Attorney
    U.S. Courthouse
10  2500 Tulare St., Suite 4401
    Fresno, CA 93721
11  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
12
    Attorneys for the
13  United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ROBERT BURY,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA, a non-profit corporation, FRESNO COMMUNITY HOSPITAL, a non-profit corporation, COUNTY OF FRESNO, a California subdivision,<br><br>Defendants. | Case No. 1:99-CV-05129 AWI SMS<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br>**[UNDER SEAL]** |

Upon consideration of the parties' responses to the Court's January 25, 2007 Order,

IT IS HEREBY ORDERED that the complaint in this action is

-1-
[PROPOSED] ORDER OF DISMISSAL

1  dismissed.  The dismissal is [with/ without] prejudice as to
2  relator Robert Bury, and is without prejudice as to the United
3  States of America.
4      IT IS FURTHER ORDERED that the Amended Complaint and this
5  Order be unsealed;
6      IT IS FURTHER ORDERED that the seal shall be lifted on any
7  matters occurring in this action after the date of this Order;
8      IT IS FURTHER ORDERED that all other contents of the Court's
9  file in this action shall remain under seal and not be made
10 public.
11     IT IS SO ORDERED.

14 DATED:  2-23-07

HONORABLE ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] ORDER OF DISMISSAL

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on February 23, 2007, she served a copy of:

**[PROPOSED] ORDER OF DISMISSAL**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Fresno, California.

Addressee(s):

Michal Tingle
Comm. Lit. Branch/Civil Div.
P.O. Box 261
Ben Franklin Station
Washington, DC 20044

M. EVA CARRIZALES